United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FAITH RICE-MILLS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-340 |
| § | |
| HORACE MANN LLOYDS INSURANCE § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Pending before the Court is Plaintiff's Agreed Motion to Remand. Dkt. 9. The Court, finding that the agreed Motion and associated Stipulation (Dkt. 10) have merit, hereby **GRANTS** the Motion.

It is therefore **ORDERED** that this case is remanded to the 239th Judicial District Court in Brazoria County, Texas.

SIGNED at Galveston, Texas, this 20th day of January, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge